IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 24-77 (MN) |
| | ) | |
| DEBORAH EVANS MOTT, | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT**

At Wilmington, this 1st day of October, consistent with the Memorandum Opinion issued this date, IT IS THE VERDICT OF THIS COURT that:

1. Defendant Deborah Evans Mott is GUILTY of a violation of 18 U.S.C. § 152(3) for her false responses to questions 18 and 30 on the Statement of Financial Affairs, which are listed in Count I of the indictment. (D.I. 3 at 5-6).
2. Mott is NOT GUILTY with respect to the remaining responses listed in the indictment, including all responses contained in Count II. (*Id.*).

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge